1  LEONIDOU & ROSIN
   Professional Corporation
2  Patricia Walsh (No. 121098)
   Michael M. Lum (No. 215700)
3  777 Cuesta Drive, Suite 200
   Mountain View, CA 94040
4  Telephone: (650) 691-2888
   pwalsh@alr-law.com
5  mlum@alr-law.com

6  Attorneys for Plaintiff
   McMillan Data Communications, Inc.
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13  MCMILLAN DATA COMMUNICATIONS,    )  Case No.: 3:14-cv-03127-JD
    INC., a California corporation,  )
14                                   )  [PROPOSED] ORDER FOR ENTRY OF
                  Plaintiff,         )  DEFAULT JUDGMENT AGAINST
15                                   )  AMERICOM AUTOMATION SERVICES,
         vs.                         )  INC.; JUSTIN L. PELAYO; AND TRACI
16                                   )  PELAYO
    AMERICOM AUTOMATION SERVICES,    )
17  INC., a purported New Mexico corporation; )
    JUSTIN L. PELAYO, an individual; TRACI )
18  PELAYO, an individual; and DOES 1 through )
    20 inclusive,                    )
19                                   )
                  Defendants.        )
20                                   )
                                     )
21

22

23        The Court, having considered McMillan Data Communications, Inc.'s ("McMillan")

24  application for entry of default judgment, memorandum of points and authorities in support

25  thereof, the declarations of Patrick McMillan and Patricia Walsh, the exhibits submitted in

26  support thereof, any such matters as to which the Court may take judicial notice, the

27  supplemental briefing provided by McMillan, and such further evidence and argument that was

28  permitted at the hearing, if necessary, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. McMillan's application for entry of default judgment is GRANTED with respect to McMillan's claims for breach of contract, common counts, breach of guarantee, and breach of promissory note.

2. Judgment is awarded in McMillan's favor in the maximum amount of $389,930.39 from Americom Automation Services, Inc. (consisting of $308,459.40 in principal, plus $62,490.49 in prejudgment interest and $18,980.50 for attorney's fees and costs) with Traci Pelayo jointly and severally liable to the extent of $378,884.48 (consisting of $308,459.40 in principal, plus $70,425.08 in prejudgment interest), and Justin L. Pelayo jointly and severally liable to the extent of $340,851.82 (consisting of $301,873.25 in principal, plus $19,998.07 in prejudgment interest, and $18,980.50 for attorney's fees and costs).

3. Interest shall continue to accrue on the unpaid sum from the date that judgment is entered, at the legal rate of 10% per annum; and

4. McMillan shall be entitled to contractual and statutory attorney's fees and costs incurred in enforcing the judgment.

**IT IS SO ORDERED.**

Dated: August 19, 2015



_____
UNITED STATES DISTRICT JUDGE